UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 10, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00239-GEB |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| MARCO BORJA, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARCO BORJA__,

Case No. __2:14-cr-00239-GEB__ from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ 100,000 ($79,000 secured by property, with the remaining $21,000 to be unsecured)

__X__   Unsecured Appearance Bond $ 21,000

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): Release delayed until 9/17/14 at 9:00 AM,

__X__   from the USMS to the custody of Pretrial Services for transport to The Effort residential treatment program

Issued at Sacramento, California on September 10, 2014 at 2:20 pm

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney