MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Marco Borja

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>KENNETH TAM, et. al.,<br><br>              Defendant. | Case No.: 2:14 CR 239 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

      Defendants, by and through their undersigned counsel, and the government, by and through Assistant United States Attorney, Michael McCoy, hereby agree and stipulate that this matter, set on calendar June 5, 2015 be continued to July 31, 2015 to allow counsel to review discovery and continue to undergo defense investigation.  Therefore the parties request a status conference of July 31, 2015 and that date is available with the court.

      The parties further stipulate that the Court should exclude the period from the date of this order through July 31, 2015, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an

appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

```
Respectfully submitted,
```

Dated: May 28, 2015             /s/ Michael Chastaine
                                Michael Chastaine
                                Attorney for Marco Borja


Dated: May 28, 2015             /s/ Shari Rusk
                                Shari Rusk
                                Attorney for Defendant Kenneth Tam

Dated: May 28, 2015             /s/ Clemente Jimenez
                                Clemente Jimenez
                                Attorney for Adalberto Valenzuela-Ruiz

Dated: May 28, 2015             /s/ Thomas Johnson
                                Thomas Johnson
                                Attorney for Nelson Gutierrez

Dated: May 28, 2015             /s/ Dina Santos
                                Dina Santos
                                Attorney for Gerald Osborne

Dated: May 28, 2015             /s/ Ronald Peters
                                Ronald Peters
                                Attorney for Sherlynn Charles

Dated May 28, 2015              /s/ Michael McCoy
                                Michael McCoy
                                Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, June 5, 2015 at 9:00 a.m. be continued to Friday, July 31, 2015 at 9:00 a.m. and that the period from June 5, 2015 to July 31, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: June 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge