```
Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988


Attorney for:
GERALD OSBORN
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-239-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 3/11/16 |
| v. | |
| GERALD OSBORN, et al., | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through their respective Counsel, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 19, 2016.

2. By this stipulation, defendant now moves to continue the status conference until March 11, 2016, and to exclude time between February 19, 2016, and March 11, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desires additional time to consult with their clients, continue to review the discovery, conduct investigation, and to otherwise prepare for trial.

    b) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. & Excluding Time Periods Under Speedy Trial Act

1

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 19, 2016, to March 11, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 18, 2016        BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ Jill Thomas
                  JILL THOMAS
                  Assistant United States Attorney

Dated:  February 18, 20146        /s/   Dina L. Santos
                  DINA SANTOS, ESQ.
                  Attorney for Gerald Osborn

Dated:  February 18, 20146        /s/   Ron Peters
                  RON PETERS, ESQ.
                  Attorney for Sherlynn Charles

Dated:  February 18, 20146

/s/   Michael Chastaine

MICHAEL CHASTAINE, ESQ.
Attorney for Marco Borja

Dated:  February 18, 20146

/s/   Clemente Jimenez
CLEMENTE JIMENEZ, ESQ.
Attorney for Adalberto Valenzuela-Ruiz

Dated:  February 18, 20146

/s/   Thomas Johnson
THOMAS JOHNSON, ESQ.
Attorney for Nelson Gutierrez

////

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

3