**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Email: Mike@Chastainelaw.net

Attorney for Defendant
Marco Borja

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:14CR00239 GEB |
| *Plaintiff,* | |
| vs. | **MOTION FOR EXONERATION OF PROPERTY BOND; [PROPOSED] ORDER** |
| Marco Borja, | |
| *Defendant.* | |

On September 10, 2014, the defendant, Marco Borja ("Mr. Borja") was ordered released by this Court on an appearance bond secured by a deed of trust on property owned by Mr. Borja.

That deed of trust was posted in this District on September 29, 2014 (Docket # 38.)

Mr. Borja entered into a plea agreement with the United States on April 15, 2016. He was sentenced on September 16, 2016 and began his prison commitment on November 11, 2016.

Mr. Borja was in compliance with his terms of release throughout the criminal proceedings. Mr. Borja respectfully requests that his property bond in the amount of $79,000 be exonerated.

DATED: November 15, 2016              Respectfully submitted,

/ s /Michael L. Chastaine
Michael L. Chastaine
Attorney for Defendant
Marco Borja

**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Email: Mike@Chastainelaw.net

Attorney for Defendant
Marco Borja

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　*Plaintiff*,<br><br>　vs.<br><br>Marco Borja,<br><br>　　　*Defendant*. | Case No.: 2:14CR00239 GEB<br><br>**ORDER EXONERATING PROPERTY BOND** |

## ORDER

The property bond previously posted by Marco Borja in this District to secure his release is hereby EXONERATED, and the deed of trust is ordered reconveyed to the surety, Marco Borja.

Dated: November 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge